1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA SCHUPP, | ) | 1:12-at-00102 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **FILING FEE WITHIN THIRTY DAYS** |
| v. | ) | |
| | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 23, 2012, Plaintiff Linda Schupp filed a complaint concerning the denial of Social Security benefits. (Doc. 1.) On that same date, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. 3.) Following consideration, the application was denied and the Court found that Plaintiff had the ability to pay the filing fee.

Accordingly, within thirty (30) days of the date of this Order, Plaintiff shall pay the required $350.00 filing fee with the Clerk of the Court. Failure to pay the required filing fee will result in a recommendation to dismiss this action for failure to follow a court order.

IT IS SO ORDERED.

Dated:   **February 24, 2012**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE